# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

        v.                                         Crim. No. 5:24-CR-107-1D

JAMAL HARRIS

      On October 1, 2023, the above named was released from prison and commenced a term of supervised release for a period of supervised release. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake                              /s/ Orlando M. Roberts  
David W. Leake                                       Orlando M. Roberts  
Supervising U.S. Probation Officer          U.S. Probation Officer  
                                                            310 New Bern Avenue, Room 610  
                                                            Raleigh, NC 27601-1441  
                                                             Phone: 252-508-3055  
                                                             Executed On: December 16, 2025

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___17___ day of ___December___, 2025.

                                                             James C. Dever III  
                                                             U.S. District Judge